**2013–1222.   King v. Wachauf.**

Auglaize App. No. 2–12–10, 2013-Ohio-2498. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellee Hamilton Mutual Insurance Company's motion to strike memorandum in support of jurisdiction, it is ordered by the court that the motion is denied as moot.

**2013–1746.   Felix v. Ganley Chevrolet, Inc.**

Cuyahoga App. No. 98985, 2013-Ohio-3523. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Cary Silverman, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

# CASE ANNOUNCEMENTS

*November 22, 2013*

[Cite as *11/22/2013 Case Announcements*, 2013-Ohio-5158.]

## MOTION AND PROCEDURAL RULINGS

**In re Grundstein.**

On June 3, 2009, this court found Robert Grundstein to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Grundstein was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On November 19, 2013, Grundstein presented a motion for leave to proceed and file a writ of procedendo.

It is ordered by the court that the motion for leave to file a writ is denied.

**2013–1088.   Lincoln Elec. Co. v. Travelers Cas. & Sur. Co.**

Certified Question of State Law, United States District Court, Northern District of Ohio, Eastern Division, No. 1:11CV2253. This cause is pending before the court on the certification of a state-law question from the United States District Court for the Northern District of Ohio, Eastern Division.

Upon consideration of petitioner's unopposed motion to file its merit brief under seal, it is ordered by the court that the motion is granted. It is further ordered that the parties may file any brief under seal in order to comply with the order of the United States District Court for the Northern District of Ohio in case No. 1:11–CV–2253.

**2013–1180.   R–Roof II, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2011–Y–1907. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand to the Board of Tax Appeals, it is ordered by the court that the motion is granted.

**2013–1209.   GMC Hospitality, L.L.C. v. Montgomery Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2011–Q–4511. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand to the Board of Tax Appeals, it is ordered by the court that the motion is granted.

**2013–1457.   Carter Lumber Dev. Co. v. Medina Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2011–W–4160. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand appeal in order to implement settlement, it is ordered by the court that the motion is granted.